STEVEN M. FRIEDMAN, ESQ. (AZ. SBN 001879)
BEGAM & MARKS
111 West Monroe Street, Suite 1400
Phoenix, AZ 85003-1787
Telephone No.: 602.254.6071
Facsimile No.: 602.252.0042

CLAY ROBBINS III, ESQ. ( CA. SBN 101275) *Pro Hac Vice*
MAGAÑA, CATHCART & McCARTHY
1801 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone No.: 310.553.6630
Facsimile No.: 310.407.2295

Attorneys for Plaintiff, RICHARD B. DRAKE

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD B. DRAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>BURLINGTON NORTHERN SANTA FE CORPORATION; BNSF RAILWAY COMPANY and CHEMICAL LIME COMPANY, a Foreign Corporation<br><br>    Defendants.<br><br>――――――――――――――――<br><br>BNSF Railway Company, a Delaware corporation,<br><br>    Cross- Claimant,<br><br>vs.<br><br>CHEMICAL LIME COMPANY, a foreign corporation; CHEMICAL LIME COMPANY OF ARIZONA, an Arizona corporation; ABC Corporations I-X; ABS Limited Liability Companies I-X; ABC Partnerships I-X; and Jane Does I-X,<br><br>    Cross-Defendants. | CASE NO. CV 09-08092-PCT-DGC<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:  June 1, 2009 |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that pursuant to the settlement of this action, the above-captioned action be and
3  hereby is dismissed in its entirety with prejudice pursuant to FRCP 41 (a) (1).

5  DATED: ~~June~~ July 29, 2010.    MAGAÑA, CATHCART & McCARTHY

   By: _____
   CLAY ROBBINS III
   Attorneys for Plaintiff
   RICHARD B. DRAKE

10 DATED: June _____, 2010.    FENNEMORE CRAIG, P.C.

   By: _____
   BRADLEY D. SHWER
   Attorneys for Defendants
   BURLINGTON NORTHERN SANTA
   FE CORPORATION and BNSF
   RAILWAY COMPANY

16 DATED: ~~June~~ August 6, 2010.    SCHNEIDER & ONOFRY, P.C.

   By: _____
   ReNAE A. NACHMAN
   Attorneys for Defendants
   CHEMICAL LIME COMPANY and
   CHEMICAL LIME COMPANY OF
   ARIZONA

22 DATED: ~~June~~ August 6, 2010.    BURCH & CRACCHIOLO, P.A.

   By: _____
   KEITH A. OLBRICHT
   Attorneys for Defendants
   INDUSTRIAL RAILWAYS

2
STIPULATION OF DISMISSAL

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that pursuant to the settlement of this action, the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41 (a) (1). | |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2    designated counsel that pursuant to the settlement of this action, the above-captioned action be and
3    hereby is dismissed in its entirety with prejudice pursuant to FRCP 41 (a) (1).

5    DATED: June _____, 2010.                    MAGAÑA, CATHCART & McCARTHY

7                                                 By:_____
                                                     CLAY ROBBINS III
                                                     Attorneys for Plaintiff
8                                                    RICHARD B. DRAKE

10   DATED: ~~June~~ September 10, 2010.           FENNEMORE CRAIG, P.C.

12                                                 By:_____ for
                                                     BRADLEY D. SHWER
                                                     Attorneys for Defendants
13                                                   BURLINGTON NORTHERN SANTA
                                                     FE CORPORATION and BNSF
14                                                   RAILWAY COMPANY

16   DATED: June _____, 2010.                    SCHNEIDER & ONOFRY, P.C.

18                                                 By:_____
                                                     ReNAE A. NACHMAN
                                                     Attorneys for Defendants
19                                                   CHEMICAL LIME COMPANY and
                                                     CHEMICAL LIME COMPANY OF
20                                                   ARIZONA

22   DATED: June _____, 2010.                    BURCH & CRACCHIOLO, P.A.

24                                                 By:_____
                                                     KEITH A. OLBRICHT
                                                     Attorneys for Defendants
25                                                   INDUSTRIAL RAILWAYS

---
2
**STIPULATION OF DISMISSAL**